# EXHIBIT

# "A"

L00140383004080218

**LAW OFFICES OF JONATHAN WHEELER, P.C**
BY: Jonathan Wheeler, Esquire
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA 19103
(215) 568-2900



ROBERT WEINSTEIN
1515 Hampton Road
Rydal, PA 19046

v.

NATIONWIDE MUTUAL INSURANCE
COMPANY
1 Nationwide Plaza
Columbus, OH 43218-2166

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

JUNE TERM, 2018

NO.: 02607

Major Case
Jury Trial Waived

## CIVIL ACTION COMPLAINT (1C - Contract)

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral Service
1101 Market St., 11th Floor
Philadelphia, PA 19107-2911
Telephone: 215-238-6333
Fax: 215-238-1159

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades, u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
ASOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107
(215) 238-6333

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383005080218

**LAW OFFICES OF JONATHAN WHEELER, P.C.**
BY: Jonathan Wheeler, Esquire                     Attorney for Plaintiff(s)
Attorney I.D. No.: 12649
One Penn Center - Suite 1270
1617 JFK Boulevard
Philadelphia, PA  19103
(215) 568-2900
E-Mail: jwheeler@jwheelerlaw.com

| | |
|---|---|
| ROBERT WEINSTEIN<br>1515 Hampton Road<br>Rydal, PA 19046<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE<br>COMPANY<br>1 Nationwide Plaza<br>Columbus, OH 43218-2166 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>JUNE TERM, 2018<br><br>NO.: 02607<br><br>Major Case<br>Jury Trial Waived |

<u>**CIVIL ACTION COMPLAINT (1C - Contract)**</u>

1.     Plaintiff, Robert Weinstein, is an adult individual residing at that address set forth

above.

2.     Defendant, Nationwide Mutual Fire Insurance Company ("Nationwide"), is a

corporation duly organized and existing which is authorized to conduct business as an insurance

company within the Commonwealth of Pennsylvania and maintains a place of business for that

purpose at the address set forth above.

3.     Defendant, in its regular course of business issued to Plaintiff a policy of

insurance ("the Policy") covering Plaintiffs' property located at 319 N. 11th Street, Philadelphia,

PA 19107 ("the Property").   A true and correct copy of the declarations page of said policy is

attached hereto and incorporated herein as Exhibit "A".

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383006080218

4.      On or about June 27, 2017, while the Policy was in full force and effect, Plaintiff suffered direct physical loss and damage to the insured Property believed to be the result of a peril insured against under the Policy, to wit, fire and related perils resulting in damage to the insured premises in an amount in excess of $250,000.00.

5.      Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff, at all relevant times, fully complied with all of the terms and conditions required by the Policy.

6.      Defendant, despite demand for benefits under the Policy, has refused, without legal justification or cause, and continues to refuse, to pay to Plaintiff monies owed for the damages suffered as a result of the Loss.

7.      Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the Policy, Plaintiff has suffered loss and damage in an amount in excess of $50,000.00.

## COUNT I
### In Assumpsit - Breach of Contract

8.      Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

9.      Defendant is obligated by the terms of the contract to indemnify Plaintiff's loss.

10.     Despite submission of reasonable proof and demand for full and complete payment with respect to Plaintiffs Loss, Defendant has not paid to Plaintiff all of the policy benefits to which they are entitled under the Policy.

11.     Defendant's denial of coverage was made without a reasonable basis in fact.

12.     Defendant's refusal to indemnify Plaintiffs loss constitutes a breach of the

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383007080218

insurance contract.

WHEREFORE, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00 together with interest, court costs and damages for delay.

## COUNT II
### In Trespass - 42 Pa.C.S.A. §8371

13.     Plaintiff incorporates by reference the facts and allegations contained in the foregoing paragraphs as though fully set forth hereinafter at length.

14.     Defendant has engaged in bad faith conduct toward Plaintiff with respect to its adjustment of Plaintiffs' covered Loss, in violation of 42 Pa.C.S.A. §8371 et seq.

15.     In furtherance of its bad faith and wrongful denial and refusal to pay benefits for Plaintiffs covered Loss, Defendant, acting by and through its duly authorized agents, servants, workmen or employees, including, but not limited to, Jeff Gilchrist, has engaged in the following conduct:

a.     in denying benefits to plaintiff for the repair and replacement of the elevator in the premises when he knew that the elevator parts were not available and required installation of a new elevator; for the sole purpose of depriving plaintiff of benefits which he knew were due and owing under the policy of insurance;

b.     in failing to complete a prompt and thorough investigation of Plaintiffs claim before representing that such claim is not covered under the Policy;

c.     in failing to pay Plaintiffs covered loss in a prompt and timely manner;

d.     in failing to objectively and fairly evaluate Plaintiffs claim;

e.     in conducting an unfair and unreasonable investigation of Plaintiffs claim;

f.     in asserting Policy defenses without a reasonable basis in fact;

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383008080218

     g.     in flatly misrepresenting pertinent facts or policy provisions relating to coverages at issue and placing unduly restrictive interpretations on the Policy and/or claim forms;

     h.     in failing to keep Plaintiff or their representatives fairly and adequately advised as to the status of the claim;

     i.     in unreasonably valuing the loss and failing to fairly negotiate the amount of the loss with Plaintiffs or their representatives;

     j.     in failing to promptly provide a reasonable factual explanation of the basis for the denial of Plaintiffs claim;

     k.     in unreasonably withholding policy benefits;

     l.     in acting unreasonably and unfairly in response to Plaintiffs claim;

     m.     in unnecessarily and unreasonably compelling Plaintiff to institute this lawsuit to obtain policy benefits for a covered loss, that Defendant should have paid promptly and without the necessity of litigation.

16.     For the reasons set forth above, Defendant has acted in bad faith in violation of 42 Pa.C.S.A. §8371, for which Defendant is liable for statutory damages including interest from the date the claim was made in an amount equal to the prime rate of interest plus three percent, court costs, attorneys' fees, punitive damages, and such other compensatory and/or consequential damages as are permitted by law.

     **WHEREFORE**, Plaintiff demands judgment against Defendant in an amount in excess of $50,000.00, together with interest, court costs, counsel fees and damages for delay.

                       LAW OFFICES OF JONATHAN WHEELER, P.C.

                 BY:   */s/Jonathan Wheeler*
                        JONATHAN WHEELER, ESQUIRE
                        Attorney for Plaintiff(s)

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383009080218

*Verification to Complaint*

## VERIFICATION

The undersigned hereby states that he is the plaintiff in this action and that the statements of fact made in the foregoing document are true and correct to the best of his information and belief. The undersigned understands that the statements herein are made subject to the penalties of 18 Pa. Cons. Stat. Ann. § 4904 relating to unsworn falsification to authorities.

ROBERT WEINSTEIN

DATE: _____

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383010080218

# EXHIBIT " A "

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

07/27/2022  13:32   2158845801          L00140383011080218
                                         BOBBONNA                          PAGE  04

 **NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**                   **RENEWAL**
ONE NATIONWIDE PLAZA
COLUMBUS, OH 43215-2220

                              **DECLARATIONS**

Policy Number:      ACP   CPPF  5402988733           **COMMERCIAL PROPERTY**
Named Insured:   WEINSTEIN, ROBERT

              Mailing     1515 HAMPTON RD
              Address:    RYDAL
                          PA   19046-1212

              Agent:      RICHARD D ZEISES                      37-80573
              Address:    JENKINTOWN PA           19046
              Producer:   RICHARD DEAN ZEISES

Policy Period:  This policy is effective from   02/10/18   to   02/10/19   12:01 A.M.
                Standard time at the above mailing address.

              This policy is subject to the following forms. Forms specific to a certain building or
              item can be found with the specific building and item information on the following pages.

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP0010 | 1012 | 0 | CP0090 | 0788 | 0 | CP0140 | 0706 | 0 |
| CP1270 | 0996 | 0 | CP7132 | 0416 | 0 | IL0017 | 1198 | 0 |
| IL0935 | 0702 | 0 | IN7809 | 1115 | 0 | LI0995 | 0107 | 0 |
| CP7117 | 0415 | 0 | CP7118 | 0415 | 0 | | | |

              Mortgagee and loss payee information – See schedules CP-DM and CP-DL

Replacement or
Renewal Number    ACP   CPP   5492988733
A PACKAGE MODIFICATION FACTOR HAS BEEN APPLIED
                           Countersigned _____ By _____
                                              Date              Authorized Representative

                           Premium for Certified Acts of Terrorism  $           0.00
                                      Total Annual Premium  $        18,854.00

                                      Total Policy Premium  $        18,854.00

CP-D (10-98)

DIRECT BILL   EJE086   10036              INSURED COPY        ACP  CPPF 5402988733   977289211   34   000548!

                                                        Case ID: 180602607

L00140383012080218

07/27/2022  13:32   2158845801                BOBBONNA                              PAGE  05

NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

### COMMERCIAL PROPERTY SCHEDULE REFERENCE PAGE

Policy Number: ACP  CPPF 5402988733        Policy Period: From  02/10/18  To  02/10/19

Named Insured: WEINSTEIN, ROBERT

| Loc. Bld. Item | Address/Description | Limit | Premium |
|---|---|---|---|
| | TOTAL POLICY PREMIUM | | $    18,854.00 |
| | POLICY WIDE OPTIONAL COVERAGES | | |
| | PROTECTION PLUS | | $      1,307.00 |
| | EQUIPMENT BREAKDOWN | | $      1,212.00 |
| 1 | 319 N 11TH ST # 325 | | |
| | PHILADELPHIA          PA | | |
| | Protection Class: 01 | | |
| 1 | REAL ESTATE | | |
| | 1 BUILDING | $   8,756,200 | |
| | GROUP 1 | | $      4,156.00 |
| | GROUP 2 | | $      3,007.00 |
| | SPECIAL - CAUSE OF LOSS | | $      5,571.00 |
| | 2 BUSINESS INCOME INCLUDING | $     250,000 | |
| | GROUP 1 | | $        125.00 |
| | GROUP 2 | | $        113.00 |
| | SPECIAL - CAUSE OF LOSS | | $        393.00 |
| 2 | 125 N 11TH ST | | |
| | PHILADELPHIA          PA | | |
| | Protection Class: 01 | | |
| 1 | NO DESCRIPTION AVAILABLE | | |
| | 1 BUILDING | $   1,269,200 | |
| | GROUP 1 | | $        749.00 |
| | GROUP 2 | | $        901.00 |
| | SPECIAL - CAUSE OF LOSS | | $      1,320.00 |

CP-DR (10-89)

LI3G  18036                      INSURED COPY           ACP  CPPF 5402988733     977299211    34   0005491

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383013080218

## NATIONWIDE MUTUAL FIRE INSURANCE COMPANY

### COMMERCIAL PROPERTY SCHEDULE

Policy Number: ACP   CPPF 5402988733        Policy Period:  From 02/10/18 To 02/10/18

Named Insured: WEINSTEIN, ROBERT

---

### Policy Wide Declaration Coverage

Protection Plus Coverage-GOLD     Premium $  1,307.00

---

XXXX  Premise No  01  XXXX Total Premium $   13,365.00

Address: 319 N 11TH ST # 325
City: PHILADELPHIA           State: PA          Zip Code: 19107-1300

Description: REAL ESTATE

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP7115 | 0803 | 0 | IL0166 | 0907 | 0 | IL0172 | 0907 | 0 |
| IL0246 | 0907 | 0 | IL0910 | 0702 | 0 | IL0952 | 0115 | 0 |
| IN7404 | 0107 | 0 | | | | | | |

---

XX  Building No  01  XX  Total Premium $   13,365.00

Protective Safeguards
P-1 Automatic Sprinkler System
Rental Property

Occupancy Group - INDUSTR & PROCESS
Description: REAL ESTATE
Construction Type: JOISTED MASONRY

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1034 | 1012 | 0 | CP7301 | 0715 | 0 | IN7854 | 0717 | 0 |

### Coverages Provided

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|--------------------|-------------|------------|---------|
| 01 | BUILDING | $ 5,756,200 | SPECIAL | 100% | 5000 | 12,734.00 |

Description: BUILDING

Optional Coverages:
Replacement Cost
Inflation Guard    2%

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1030 | 1012 | 0 | | | | | | |

---

CP-DS (10-89)

LI3G  10036                         INSURED COPY           ACP  CPPF 5402988733      977299211    34   0005482

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383014080218

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE**

Policy Number: ACP  CPPF 5402988733          Policy  Period:  From **02/10/18**  To  **02/10/19**

Named Insured: WEINSTEIN, ROBERT

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|---------------------|-------------|------------|---------|
| 02 | BUS INCOME # | 250,000 | SPECIAL | 80% | 72 HR | 631.00 |

Description:BUS INCOME INCL EXTRA EXP

Optional Coverages:
Business Income Including Rental Value

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP0030 | 1012 | 0 | CP1030 | 1012 | 0 | | | |

CP-DS (10-88)

LI30  18038                    INSURED COPY        ACP  CPPF 5402988733    977298211    34   0005493

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383015080218

BOBBONNA

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE**

Policy Number: **ACP  CPPF 5402988733**        Policy Period:  From **02/10/18** To **02/10/19**

Named Insured: WEINSTEIN, ROBERT

---

**xxxx   Premise No   02   xxxx Total Premium $      2,970.00**

    Address: 125 N 11TH ST
    City: PHILADELPHIA            State: PA          Zip Code: 19107-2302

Description: REAL ESTATE

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP7115 | 0803 | 0 | IL0166 | 0907 | 0 | IL0172 | 0907 | 0 |
| IL0246 | 0907 | 0 | IL0910 | 0702 | 0 | IL0952 | 0115 | 0 |
| IN7404 | 0107 | 0 | | | | | | |

---

**xx  Building No  01  xx  Total Premium $     2,970.00**

Protective Safeguards
P-1 Automatic Sprinkler System
Rental Property
Occupancy Group - APART & CONDOS
Description:
Construction Type: JOISTED MASONRY

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1034 | 1012 | 0 | CP7301 | 0715 | 0 | IN7854 | 0717 | 0 |

Coverages Provided

| Item | Coverage | Limit of Insurance | Causes of Loss Form | Coinsurance | Deductible | Premium |
|------|----------|--------------------|--------------------|-------------|------------|---------|
| 01 | BUILDING $ | 1,269,200 | SPECIAL | 100% | 5000 | 2,970.00 |

Description: BUILDING

Optional Coverages:
Replacement Cost

| FORM | DATE | PREM | FORM | DATE | PREM | FORM | DATE | PREM |
|------|------|------|------|------|------|------|------|------|
| CP1030 | 1012 | 0 | | | | | | |

---

CP-DS (10-88)

LI3G  18036                    INSURED COPY         ACP CPPF 5402988733        077290211    34   0005494

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383016080218

07/27/2022  13:32    2158845801                BOBBONNA                              PAGE  09

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE OF MORTGAGEES**

Policy Number:  **ACP CPPF 5402988733**          Policy  Period: From **02/10/18** To **02/10/19**

Named Insured: WEINSTEIN, ROBERT

MORTGAGEE INFORMATION

```
001  FIRSTRUST BANK ISAOA/ATIMA
     1 WALNUT GROVE DR
     HORSHAM           PA  190442201
             Location:  001  Building:  001  Item:  001
             Loan No.:
             Interest:  LOC 1-1
```

**CP-DM (02-93)**

LI3G                            INSURED COPY          ACP CPPF 5402988733      977299211    34   0005485

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383017080218

07/27/2022  13:32    2158845801                  BOBBONNA                              PAGE  10

**NATIONWIDE MUTUAL FIRE INSURANCE COMPANY**

**COMMERCIAL PROPERTY SCHEDULE OF MORTGAGEES**

Policy Number:  **ACP CPPF 5402988733**        Policy Period:  From **02/10/18** To **02/10/19**

Named Insured: WEINSTEIN, ROBERT

MORTGAGEE INFORMATION

```
001  FIRSTRUST BANK ISAOA/ATIMA
     1 WALNUT GROVE DR
     HORSHAM             PA  190442201
                  Location:  002  Building:  001  Item:  001
                  Loan No.:
                  Interest:  LOC 2-1


002  WELLS FARGO BANK NA
     PO BOX 6995
     PORTLAND            OR  972286995
                  Location:  002  Building:  001  Item:  001
                  Loan No.:
                  Interest:  LOC 2-1
```

CP-DM (02-93)

          LI3G                          **INSURED COPY**          ACP CPPF 5402988733        077290211    34   0005496

Case ID: 180602607

PDF created with pdfFactory trial version www.pdffactory.com

L00140383018080218





WHEELER
DiULIO &
BARNABEI

TO:

Nationwide Mutual Insurance Company
1 Nationwide Plaza
Columbus, OH 43218-2166

# EXHIBIT "B"

Bradley J. Vance, Esquire
Attorney I.D.#58850
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500
(215) 496-6600
bvance@regerlaw.com

Attorney for Defendant,
Nationwide Mutual Fire
Insurance Company, incorrectly
designated as Nationwide Mutual
Insurance Company

*Correctly Attested by the
Office of Judicial Records
06 AUG 2018 08:34 am
M. RUSSO*

---

| ROBERT WEINSTEIN | : | COURT OF COMMON PLEAS |
| **Plaintiff,** | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | JUNE TERM, 2018 |
| | : | CASE NO. 02607 |
| NATIONWIDE MUTUAL | : | |
| INSURANCE COMPANY | : | |
| **Defendant,** | : | |

## ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Defendant, Nationwide Mutual Fire Insurance Company, incorrectly designated as Nationwide Mutual Insurance Company regarding the above-captioned matter.

REGER RIZZO & DARNALL LLP

By: _____
Bradley J. Vance, Esquire
Attorney for Defendant

Dated: **8·6·18**

Case ID: 180602607

Bradley J. Vance, Esquire
Attorney I.D.#58850
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500
(215) 496-6600
bvance@regerlaw.com

Attorney for Defendant,
Nationwide Mutual Fire
Insurance Company, incorrectly
designated as Nationwide Mutual
Insurance Company

| | | |
|---|---|---|
| ROBERT WEINSTEIN | : | COURT OF COMMON PLEAS |
| **Plaintiff,** | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | JUNE TERM, 2018 |
| | : | CASE NO.  02607 |
| NATIONWIDE MUTUAL | : | |
| INSURANCE COMPANY | : | |
| **Defendant,** | : | |

## CERTIFICATE OF SERVICE

I, Bradley J. Vance, Esquire, attorney for Nationwide Mutual Fire Company incorrectly

designated as Nationwide Mutual Insurance Company hereby certify that a true and correct copy

of my Entry of Appearance was served on August 6, 2018 via United States First Class Mail

and/or Electronic Mail to all counsel and unrepresented parties.

REGER RIZZO & DARNALL LLP

Date:                                    By:    */s/ Bradley J. Vance*
                                                      Bradley J. Vance, Esquire

Case ID: 180602607

# EXHIBIT

# "C"

Bradley J. Vance, Esquire
Attorney I.D.#58850
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500
(215) 496-6600
bvance@regerlaw.com

Attorney for Defendant,
Nationwide Mutual Fire
Insurance Company, incorrectly
designated as Nationwide Mutual
Insurance Company

---

| ROBERT WEINSTEIN | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| **Plaintiffs,** | : | |
| | : | |
| | : | |
| v. | : | JUNE TERM, 2018 |
| | : | CASE NO.  02607 |
| NATIONWIDE MUTUAL INSURANCE | : | |
| COMPANY | : | |
| | : | |
| **Defendants,** | : | |

### NOTICE OF FILING OF NOTICE OF REMOVAL

To:     Prothonotary
        Philadelphia County

        Jonathan Wheeler, Esquire
        Law Offices of Jonathan Wheeler, P.C.
        One Penn Center, Suite 1270
        1617 JFK Blvd.
        Philadelphia, PA 19103

PLEASE TAKE NOTICE that on August 7, 2018, pursuant to 28 U.S.C. §§1332, 1441, 1446, Defendant filed a Notice of Removal for the above-captioned action from Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States District Court for the Eastern District of Pennsylvania.  A copy of the Notice of Removal is attached hereto as Exhibit "1".

                                          **REGER RIZZO & DARNALL LLP**


                                          By:  _____
Date:                                          Bradley J. Vance, Esquire
                                               Attorney for Defendant

Bradley J. Vance, Esquire
Attorney I.D.#58850
REGER RIZZO & DARNALL LLP
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500
(215) 496-6600
bvance@regerlaw.com

Attorney for Defendant,
Nationwide Mutual Fire
Insurance Company, incorrectly
designated as Nationwide Mutual
Insurance Company

| | | |
|---|---|---|
| ROBERT WEINSTEIN | : | COURT OF COMMON PLEAS |
| **Plaintiff,** | : | PHILADELPHIA COUNTY |
| | : | |
| v. | : | JUNE TERM, 2018 |
| | : | CASE NO.  02607 |
| NATIONWIDE MUTUAL | : | |
| INSURANCE COMPANY | : | |
| **Defendant,** | : | |

## CERTIFICATE OF SERVICE

I, Bradley J. Vance, Esquire, attorney for Nationwide Mutual Insurance Company hereby

certify that a true and correct copy of the within Notice of Removal was served  upon all counsel

listed below via E-Mail and/or First-Class Mail, postage prepaid:

Jonathan Wheeler, Esquire
Law Offices of Jonathan Wheeler, P.C.
One Penn Center, Suite 1270
1617 JFK Blvd.
Philadelphia, PA 19103
jwheeler@jwheelerlaw.com

**REGER RIZZO & DARNALL LLP**

Date:                                    By:   _____

Bradley J. Vance, Esquire
Attorney No. 58850
Cira Centre, 13th Floor
2929 Arch Street
Philadelphia, PA 19104
(215) 495-6500
Attorney for Defendant